United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 18, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 06-50938

_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

     v.

JOSE JUAN RAMIREZ-ORTIZ

                    Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, El Paso
----------------------

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     IT IS ORDERED that Appellee's unopposed motion to vacate
sentence of the District Court is GRANTED.

     IT IS FURTHER ORDERED that Appellee's unopposed motion to
remand case to district court for resentencing is GRANTED.

     IT IS FURTHER ORDERED that Appellee's unopposed motion to
extend time to file Appellee's brief 30 days from the Court's

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

denial of Appellee's motion to vacate sentence and to remand case is DENIED AS UNNECESSARY.